No. 6201.

STATE OF LOUISIANA VS. DAVID KING.

In accordance with preceding decisions given by this court in similar cases coming up from the same court *a qua*, the assignment of error that the record in this instance fails to show that the jury who tried the accused was sworn, must be held as good.

APPEAL from the Fifth Judicial District Court, parish of East Baton Rouge. *Dewing*, J. *A. E. Read*, District Attorney, and *A. P. Field*, Attorney General, for plaintiff and appellee. *G. A. Griffith* and *J. O. Fuqua*, for defendant and appellant.

HOWELL, J. The defendant has appealed from a judgment sentencing him to be hung, and he assigns as error that the record of conviction fails to show that the jury who tried him was sworn.

This ground has just been held to be good in the cases of State vs. Phillips and Reid and State vs. Elijah Douglass, from the same court.

For the reasons in the two cases above mentioned, it is ordered that the judgment appealed from be reversed, and the case remanded for a new trial according to law.